UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, AS TRUSTEE, ET AL.,   25-cv-1878 (JGK)

               Plaintiffs,   ORDER

    - against -

MEHRAN KOHANSIEH,

               Defendant.

---

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for defendant to answer was April 2, 2025. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **May 16, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiffs should serve a copy of this Order on the defendant and file proof of service on the docket by **May 5, 2025**.

SO ORDERED.

Dated:    New York, New York
           April 28, 2025

                                      John G. Koeltl
                                   United States District Judge