UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, AS TRUSTEE, ET AL.,

              Plaintiffs,

    - against -

MEHRAN KOHANSIEH,

              Defendant.

25-cv-1878 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **June 27, 2025**.

    The plaintiffs should serve a copy of this Order on the defendant and file proof of service on the docket by **June 13, 2025**.

SO ORDERED.

Dated:    New York, New York
            June 9, 2025

                                          John G. Koeltl
                                     United States District Judge