UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MANNY PASTREICH, as TRUSTEE, et al,
                Plaintiff(s)

                25 civ 1878 (JGK)

      -against-

MEHRAN KOHANSICH,
                Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for Thursday, July 3, 2025, at 2:30pm, is canceled.

**SO ORDERED.**

                                        JOHN G. KOELTL
                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 25, 2025