UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, AS TRUSTEE, ET AL.,

                    Plaintiffs,              25-cv-1878 (JGK)

        - against -                ORDER

MEHRAN KOHANSIEH,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

On July 11, 2025, this Court granted the defendant's request for an extension of time to answer and extended the time to answer or respond to the complaint to August 8, 2025. ECF No. 21. To date, no answer or response has been filed.

Accordingly, the time for the defendant to move or answer is extended to **September 2, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:    New York, New York
          August 19, 2025            /s/ John G. Koeltl
                                    John G. Koeltl
                          United States District Judge