```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MANNY PASTREICH, AS TRUSTEE, ET AL.,

                Plaintiffs,         25-cv-1878 (JGK)

      - AGAINST -               ORDER

MEHRAN KOHANSIEH,

                Defendant.

JOHN G. KOELTL, District Judge:

On May 20, 2025, the Clerk issued a certificate of default, ECF 10. On June 23, 2025, the Court issued an order to show cause why a default judgment should not be entered against the defendant. ECF 16. The plaintiffs served the order to show cause on the defendant on June 25, 2025, and filed proof of service on the docket. ECF 18. The defendant made an appearance on July 3, 2025, ECF 19, and requested an extension of time to file an answer on the same day, ECF 20. The Court granted that motion on July 11, 2025, and extended the defendant's time to answer until August 8, 2025. ECF 21. The defendant missed that deadline, and the Court issued an order extending the defendant's time to answer until September 2, 2025. ECF 22. To date, the defendant has failed to respond. Accordingly, the plaintiffs are entitled to a default judgment against the defendant. The case is referred to the Magistrate Judge for an inquest to determine the

appropriate damages to be awarded, as well as any other provisions of the appropriate judgment.

SO ORDERED.

Dated: New York, New York
September 3, 2025

_____
John G. Koeltl
United States District Judge