UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MANNY PASTREICH, AS TRUSTEE, et al.,
:                           ORDER
Plaintiffs,
:                           25 Civ. 1878 (JGK) (GWG)
-v.-                                       :
:
MEHRAN KOHANSIEH.,
:
Defendant.          :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    In light of the vacatur of the default in this matter, the Scheduling Order for Damages Inquest (Docket # 25) is hereby vacated.

    SO ORDERED.

Dated: October 3, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge