```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

MANNY PASTREICH, AS TRUSTEE, ET AL.,

                Plaintiffs,          25-cv-1878 (JGK)

     - AGAINST -                         <u>ORDER</u>

MEHRAN KOHANSIEH,

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

    On May 20, 2025, the Clerk issued a certificate of default, ECF No. 10. On June 23, 2025, the Court issued an order to show cause why a default judgment should not be entered against the defendant. ECF No. 16. The plaintiffs served the order to show cause on the defendant on June 25, 2025, and filed proof of service on the docket. ECF No. 18. The defendant made an appearance on July 3, 2025, ECF No. 19, and requested an extension of time to file an answer on the same day, ECF No. 20. The Court granted that motion on July 11, 2025, and extended the defendant's time to answer until August 8, 2025. ECF No. 21. The defendant missed that deadline, and the Court issued an order extending the defendant's time to answer until September 2, 2025. ECF No. 22. The defendant missed that deadline as well. On September 3, 2025, the Court issued an order stating that the plaintiffs were entitled to a default judgment against the

defendant, ECF No. 23, and referred the case to the Magistrate Judge for a damages inquest, ECF No. 24.

On September 30, counsel for the defendant sought an extension of time to answer the complaint and asked the Court to vacate its September 3 order. ECF No. 31. The Court did so on October 2, 2025, and extended the time for the defendant to answer or respond to the complaint until October 24, 2025. ECF No. 32. To date, the defendant has failed to respond. Accordingly, the plaintiffs are entitled to a default judgment against the defendant. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of the appropriate judgment.

SO ORDERED.

Dated:   New York, New York
         November 11, 2025

_____
John G. Koeltl
United States District Judge