UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, AS TRUSTEE, ET AL.,

              Plaintiffs,        25-cv-1878 (JGK)

     - AGAINST -              ORDER

MEHRAN KOHANSIEH,

              Defendant.

JOHN G. KOELTL, District Judge:

    On November 11, 2025, the Court entered an order finding that the plaintiffs were entitled to a default judgment against the defendant. ECF No. 34. The defendant has since answered the complaint. ECF No. 35. The Court therefore vacates its November 11, 2025 Order.

SO ORDERED.

Dated:    New York, New York
         November 13, 2025

                                        John G. Koeltl
                             United States District Judge