UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, ET AL.,

                Plaintiffs,        25-cv-1878 (JGK)

     - against -                ORDER

MEHRAN KOHANSIEH,

                Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 3, 2025.

SO ORDERED.

Dated:    New York, New York
          November 19, 2025

                                          John G. Koeltl
                                    United States District Judge