UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, AS TRUSTEE, ET AL.,

                    Plaintiffs,           25-cv-1878 (JGK)

        - AGAINST -                ORDER

MEHRAN KOHANSIEH,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

As discussed during the telephone conference held today, the parties shall submit a stipulation of voluntary dismissal by March 5, 2026, if the parties have completed their settlement by that date. Otherwise, the parties shall submit a status report by March 5, 2026.

SO ORDERED.

Dated:    New York, New York
          February 18, 2026

                              John G. Koeltl
                      United States District Judge