UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

MANNY PASTREICH, AS TRUSTEE, ET AL.,

                Plaintiffs,            25-cv-1878 (JGK)

        - AGAINST -                ORDER

MEHRAN KOHANSIEH,

                Defendant.

———————————————————————————

JOHN G. KOELTL, District Judge:

During the February 18, 2026 telephone conference, the parties informed the Court that they had reached a settlement but that the defendant had not yet made the payment promised under the settlement. Following that telephone conference, the Court ordered the parties to submit a stipulation of voluntary dismissal by March 5, 2026, or, if the defendant had still failed to pay by that date, a status report. On March 6, 2026, the plaintiffs filed a status report stating that the defendant had not yet made the promised settlement payment. The Court instructed the parties to provide a status report by March 27, 2026. To date, no status report has been filed. The parties are instructed to submit a <u>joint</u> status report regarding their purported settlement by **Friday, April 3, 2026.**

SO ORDERED.

Dated:     New York, New York
           March 30, 2026

                                  John G. Koeltl
                            United States District Judge