UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, AS TRUSTEE, ET AL.,

                    Plaintiffs,                25-cv-1878 (JGK)

        - AGAINST -                  ORDER

MEHRAN KOHANSIEH,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

The defendant represents that he will make a settlement payment by the end of the week. If there is no such payment, the plaintiff may file a case management plan by Monday, April 20, 2026.

SO ORDERED.

Dated:     New York, New York
            April 14, 2026

_____
           John G. Koeltl
      United States District Judge