UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, AS TRUSTEE, ET AL.,

               Plaintiffs,          25-cv-1878 (JGK)

      - AGAINST -              ORDER

MEHRAN KOHANSIEH,

               Defendant.

---

JOHN G. KOELTL, District Judge:

The plaintiffs may proceed with discovery in accordance with the case management plan submitted by the plaintiffs on April 20, 2026. ECF No. 52.

SO ORDERED.

Dated:    New York, New York
         April 21, 2026

                                 John G. Koeltl
                      United States District Judge