UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, AS TRUSTEE,
ET AL.,

                        **Plaintiffs,**

          - against -

MEHRAN KOHANSIEH,

                        **Defendant.**

---

25-cv-1878 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the plaintiffs' anticipated motion to compel on **Thursday, June 11, 2026, at 12:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
             June 6, 2026

                               John G. Koeltl
                       United States District Judge