Case 1:25-cv-01878-JGK-GWG   Document 57   Filed 06/11/26   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
MANNY PASTREICH, AS TRUSTEE, et al.,

                                              Plaintiffs,              25-cv-1878 (JGK)

-v-                                                          **ORDER**
MEHRAN KOHANSIEH,

                                              Defendant.

------------------------------------------------------------------------------X

### JOHN G. KOELTL, District Judge:

Upon *inter alia* consideration of the defendant's failure, to date, to provide the disclosures

set forth in F.R.C.P. 26 ("Rule 26 Disclosures"), the plaintiff's letter request regarding same of

June 4, 2026 (ECF Document 54), and defendant's failure to attend the Conference ordered by the

Court on June 11, 2026, for the reasons set forth at said Conference, and to ensure the timely

disposition of discovery, it is hereby ORDERED that:

1. Defendant shall provide complete Rule 26 Disclosures to the plaintiffs no later than June 15, 2026;
2. Defendant shall provide complete responses to the plaintiffs' First Request for the Production of Documents no later than June 15, 2026;
3. Defendant shall provide complete responses to the plaintiffs' First Set of Admissions no later than June 15, 2026;
4. Defendant shall appear, on June 30, 2026, for his deposition in this matter at the time and location set forth in the Notice of Deposition served on defendant on May 15, 2026.

**SO ORDERED.**

Dated: New York, New York
     June 11, 2026

                                              John G. Koeltl
                                    United States District Court