UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, AS TRUSTEE,
ET AL.,

       **Plaintiffs,**

  - against -

MEHRAN KOHANSIEH,

       **Defendant.**

25-cv-1878 (JGK)

Order

---

**John G. Koeltl, District Judge:**

The parties are directed to appear for a conference on **June 26, 2026, at 11:30 a.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007, in connection with the plaintiffs' June 17 letter motion. The parties should be prepared to discuss defense counsel's non-responsiveness and the defendant's failure to respond to the plaintiffs' discovery requests. The defendant, Mehran Kohansieh, is also directed to appear.

Furthermore, the plaintiffs served the defendant with their first requests for admission on May 15, 2026. Federal Rule of Civil Procedure 36(a)(3) provides that "[a] matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney." To date, the defendant has failed to provide the plaintiffs with written answers or objections to their requests for admission. The time for the defendant to respond to the plaintiffs' requests for admission is extended until **June 25, 2026**. Fed. R. Civ. P. 36(a)(3) (providing that "[a] shorter or longer

time for responding may be . . . ordered by the court"). If the defendant fails to do so, the matters set forth in the requests will be deemed admitted.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **June 24, 2026**

_____

**John G. Koeltl**
**United States District Judge**

2