UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, AS TRUSTEE,
ET AL.,

|                          |  25-cv-1878 (JGK) |
|--------------------------|-------------------|

Plaintiffs,

Order

- against -

MEHRAN KOHANSIEH,

Defendant.

---

John G. Koeltl, District Judge:

On June 23, 2026, the Court directed the parties to appear for a conference on June 26, 2026, at 11:30 a.m., in Courtroom 14A, 500 Pearl Street, New York, New York 10007, in connection with the plaintiffs' June 17 letter motion. That conference is adjourned until **Monday, June 29, 2026, at 1:30 p.m.**

SO ORDERED.

Dated:    New York, New York
          June 24, 2026

                                   John G. Koeltl
                              United States District Judge