UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, AS TRUSTEE, ET AL.,

Plaintiffs,

- against -

MEHRAN KOHANSIEH,

Defendant.

25-cv-1878 (JGK)

**Order**

**John G. Koeltl, District Judge:**

On May 15, 2026, the plaintiffs served the defendant with their first requests for admission. The defendant failed to respond within thirty days as required by Federal Rule of Civil Procedure 36(a)(3). On June 24, 2026, the Court extended the time for the defendant to respond to the plaintiffs' requests for admission until June 25, 2026. ECF No. 60. The defendant again failed to respond. The matters asserted in the plaintiffs' requests for admission are therefore deemed admitted.

The Court further ordered the defendant and his counsel, Thomas A. Farinella, to appear for an in-person conference on June 29, 2026. ECF No. 61. Neither the defendant nor Mr. Farinella appeared as instructed. As discussed with the plaintiffs' counsel during the June 29, 2026 conference, the plaintiffs are granted leave to move for summary judgment before the close of discovery pursuant to Federal Rule of Civil Procedure 56(b). The plaintiffs are not required to request a premotion conference before moving for summary

judgment. The Court will set a briefing schedule when the plaintiffs file their motion.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 6, 2026**

**John G. Koeltl**
**United States District Judge**