UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, AS TRUSTEE, ET AL,

Plaintiffs,

- against -

MEHRAN KOHANSIEH,

Defendant.

25-cv-1878 (JGK)

**Order**

**John G. Koeltl, District Judge:**

On July 28, 2026, the plaintiffs moved for summary judgment. ECF No. 67. Pursuant to this Court's August 26, 2026 Order (ECF No. 71), the time to file a response to that motion was September 18, 2026. On September 22, 2026, however, the plaintiffs filed—for the first time—their memorandum of law in support of their motion for summary judgment. ECF No. 72. The Court accepts this late filing. Accordingly, the defendant's time to respond to the motion for summary judgment is extended once more to **October 14, 2026**. If a response is filed, the time to reply is **October 20, 2026**. If no response is filed, the motion will be decided on the current papers.

**SO ORDERED.**

**Dated:** New York, New York
September 23, 2026

John G. Koeltl
United States District Judge